1050

[No. 55450-6-I.   Division One.   December 19, 2005.]

PREVIEW PROPERTIES, INC., *Appellant,* v. BRAD LANDIS, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 00-2-20900-2, James A. Doerty, J., entered October 21, November 17, and December 2, 2004. *Reversed* by unpublished opinion per Baker, J., concurred in by Becker, and Ellington, JJ.

[No. 55475-1-I.   Division One.   December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN TYLER SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00207-3, Stephen J. Dwyer, J., entered December 2, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55530-8-I.   Division One.   December 19, 2005.]

HCM PARTNERSHIP ET AL., *Appellants,* v. JACK A. JOHNSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-06808-8, Richard J. Thorpe, J., entered December 10, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55604-5-I.   Division One.   December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN SHANE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01214-1, Gerald L. Knight, J., entered January 5, 2005. *Affirmed* by unpublished per curiam opinion.